UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO RODRIGUEZ CASTRO,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 26-cv-01113-BAS-VET<br><br>**ORDER GRANTING MOTION TO DISMISS (ECF No. 5)** |

　　　Presently before the Court is Petitioner Humberto Rodriguez Castro's request to dismiss his Petition. (ECF No. 5.) The Court **GRANTS** the request. The Clerk of Court shall enter a judgment dismissing this case **WITHOUT PREJUDICE** and shall close the file.

　　　**IT IS SO ORDERED.**

**DATED: March 5, 2026**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1113